# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| KIMBERLY ARNOLD ) | |
|     Plaintiff, ) | CASE NUMBER |
| ) | 1:21-CV-01746-SCJ |
| ) | |
| vs. ) | |
| ) | |
| EMORY HEALTHCARE, INC; ) | COMPLAINT |
| EMORY ST. JOSEPH'S ) | |
| HOSPITAL ) | |
| ) | JURY TRIAL DEMAND |
|     Defendants. ) | |

## PLAINTIFF'S BRIEF IN SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

COMES NOW Plaintiff Kimberly Arnold and in support of her Motion For Leave To File Amended Complaint shows the Court respectively as follows.

Rule 15(a)(2) of the Federal Rules of Civil Procedure allows for pleadings to be amended only with opposing party's consent or the Court's leave. Plaintiff Kimberly Arnold respectfully requests that this Court grant Plaintiff's Motion For Leave to File Amended Complaint. Although Plaintiff clearly stated a claim for which relief can be sought under 42 U.S.C. § 1395dd(d)(2)(a), by stating that breach of duty of care

1

was breached by Defendants, Plaintiff wanted to add a separate personal injury count and a constitutional violation count. Therefore, Plaintiff respectfully asks that the Court grant Plaintiff's Motion For Leave to File Amended Complaint.

Respectfully submitted this 30th day of July, 2021

Kimberly Arnold
1646 Westlake Court
Apt D
27.kimberlyarnold30@gmail.com
770.966.6437

2